UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PASATIERI<br><br>Plaintiff,<br><br>- against -<br><br>STARLINE PRODUCTIONS, INC.<br><br>Defendant. | 1:18-cv-04688 (RPK-VMS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Christopher Pasatieri.

Respectfully submitted this 31st day of January, 2021.

 

s/jameshfreeman/_____
James H. Freeman
JF@liebowitzlawfirm.com

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660